IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JOHN JEFFREY SWEDA,** : | |
| : | **CIVIL ACTION** |
| *Plaintiff,* : | |
| : | |
| v. : | No. 22-1787 |
| : | |
| **UPPER BUCKS COUNTY TECHNICAL** : | |
| **SCHOOL,** *et al.*, : | |
| : | |

**ORDER**

**AND NOW**, this 18th day of August, 2023, upon consideration of Defendants Upper Bucks County Technical School ("UBCTS") and former Chair of the UBCTS Joint Operating Committee, Megan Banis-Clemens' Motion to Dismiss (ECF No. 18), Plaintiff's opposition thereto (ECF No. 19), Defendants' Reply Brief (ECF No. 20), and Plaintiff's Sur-Reply Brief in Opposition (ECF No. 21), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as follows:

1. Plaintiff's § 1983, Pennsylvania Whistleblower Law, and wrongful termination claims against Defendant Megan Banis-Clemens (Counts VIII, IX, X, and XI of the Amended Complaint) are **DISMISSED with prejudice**. The Clerk of Court is directed to **TERMINATE** Defendant Megan Banis-Clemens from this matter.

2. Plaintiff's Pennsylvania Whistleblower Law claim as to Defendant UBCTS (Count IV of the Amended Complaint) is **DISMISSED** with prejudice;

3. Plaintiff's wrongful termination claims against Defendant UBCTS (Counts V & VI) are **DISMISSED** with prejudice.

It is **FURTHER ORDERED** that Defendants' Motion is **DENIED** as to the following claims:

1. Plaintiff's § 1983 First Amendment discrimination claims against Defendant UBCTS, Counts I & II of the Amended Complaint;

2. Plaintiff's § 1983 Fourteenth Amendment deprivation of due process claim against Defendant UBCTS, Count III of the Amended Complaint; and

3. Plaintiff's wrongful termination claim against Defendant UBCTS, Count VII of the Amended Complaint.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**