IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN JEFFREY SWEDA,** | : |
| *Plaintiff* | : **CIVIL ACTION** |
| v. | : No. 22-1787 |
| **UPPER BUCKS COUNTY TECHNICAL SCHOOL,** | : |
| *Defendant* | : |

# ORDER

**AND NOW**, this 3rd day of June, 2025, upon consideration of Defendant, Upper Bucks County Technical School's Motion for Summary Judgment (ECF No. 34), Plaintiff's Response in Opposition, and Defendant's Reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, and Judgment is entered in favor of Defendant and against Plaintiff as a matter of law on Counts III and VII of Plaintiff's Amended Complaint. In all other respects, the Motion is denied.

BY THE COURT:


*/s/   Mitchell S. Goldberg*

**Mitchell S. Goldberg,     J.**